```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

AARON HOWARD, Individually and On Behalf
Of All Others Similarly Situated,

                Plaintiff,
                                          08 Civ. 2804 (RWS)
        - against -
                                          O R D E R
THE BEAR STEARNS COMPANIES INC., THE
BEAR STEARNS COMPANIES INC. EXECUTIVE
COMMITTEE, JAMES E. CAYNE, ALAN D.
SCHWARTZ, WARREN J. SPECTOR, SAMUEL L.
MOLINARO, JR., ALAN C. GREENBERG
and JOHN DOES 1-10,

                Defendants.

-------------------------------------X

ESTELLE WEBER, Individually, on behalf of
the Bear Stearns Companies Inc. Employee
Stock Ownership Plan, and all others
similarly situated,

                Plaintiff,
                                          08 Civ. 2870 (UA)
        - against -
                                          O R D E R
THE BEAR STEARNS COMPANIES INC.,
CUSTODIAL TRUST COMPANY, JAMES CAYNE,
ALAN SCHWARTZ, WARREN SPECTOR, SAMUEL
MOLINARO, ALAN GREENBERG and
JOHN DOES 1-20,

                Defendants.

-------------------------------------X

ANTHONY PISANO, individually and on
Behalf of all others similarly situated,

                Plaintiff,
                                          08 Civ. 3006 (UA)
        - against -
                                          O R D E R
THE BEAR STEARNS COMPANIES INC., JAMES
CAYNE, ALAN D. SCHWARTZ, WARREN J.
SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C.
GREENBERG, and JOHN DOES 1-20,

                Defendants.
-------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

```
------------------------------------------X
HANS MENOS, individually and on behalf of
all others similarly situated,

                Plaintiff,
                                              08 Civ. 3035 (UA)
     - against -
                                              O R D E R
THE BEAR STEARNS COMPANIES INC., JAMES
CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR,
SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG
and JOHN AND JANE DOES 1-10,

                Defendants.
------------------------------------------X
IRA GEWIRTZ, individually and on behalf of
all others similarly situated,

                Plaintiff,
                                              08 Civ. 3089 (UA)
     - against -
                                              O R D E R
THE BEAR STEARNS COMPANIES INC., JAMES
CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR,
SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG
and JOHN AND JANE DOES 1-20,

                Defendants.
------------------------------------------X
```

**Sweet, D.J.,**

The motion of Plaintiffs Estelle Weber, Anthony Pisano, and Ira Gewirtz (``Weber Plaintiffs'') for (1) Consolidation; (2) Appointment of Lead Plaintiffs and Leadership Structure; and (3) Entry of Pretrial Order No. 1, dated March 28, 2008, will be heard at noon on Wednesday, April 23, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

New York, NY
April 2, 2008

ROBERT W. SWEET
U.S.D.J.