UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., THE BEAR STEARNS COMPANIES INC EXECUTIVE COMMITTEE, JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MMOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>Defendants | Civ. No. 08-02804-VM<br><br>**MOTION TO ADMIT COUNSEL**<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern District of New York, I, Milo Silberstein, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of the following attorneys:

Joseph H. Meltzer, Edward W. Ciolko, Mark K. Gyandoh and James A. Maro, of Schiffrin Barroway Topaz & Kessler, LLP, 280 King of Prussia Road, Radnor, PA 19087, (610) 667-7706 / (610) 667-7056, jmeltzer@sbtklaw.com, eciolko@sbtklaw.com, mgyandoh@sbtklaw.com and jmaro@sbtklaw.com.

Joseph H. Meltzer is a member in good standing of the Bar of the State of Pennsylvania; of the Eastern District of Pennsylvania; and of the 1st, 3rd, 4th, 9th and 11th Circuits.

Edward W. Ciolko is a member in good standing of the Bar of the State of New Jersey; of the District of New Jersey; and of the 1st, 9th and 11th Circuits.

Mark K. Gyandoh is a member in good standing of the Bar of the State of Pennsylvania and of the Eastern District of Pennsylvania.

James A. Maro is a member in good standing of the Bar of the State of Pennsylvania and of the Eastern District of Pennsylvania.

There are no pending disciplinary proceedings against Joseph H. Meltzer, Edward W. Ciolko, Mark K. Gyandoh or James A. Maro in any State or Federal Court.

Dated: April 10, 2008
New York, NY

Respectfully submitted,

/s/ Milo Silberstein
Milo Silberstein
Dealy & Silberstein, LLP
225 Broadway
Suite 1405
New York, NY 10007
(212) 385-0066 telephone
(212) 385-2117 facsimile

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., THE BEAR STEARNS COMPANIES INC EXECUTIVE COMMITTEE, JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MMOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br>                                       Defendants | Civ. No. 08-02804-VM<br><br>**AFFIRMATION OF MILO SILBERSTEIN IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE* |

State of New York   )
                           ) ss:
County of New York )

Milo Silberstein affirms, under penalty of perjury as follows:

1. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Joseph H. Meltzer, Edward W. Ciolko, Mark K. Gyandoh and James A. Maro as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in the Southern and Eastern Districts of New York.

3. I have known Joseph H. Meltzer, Edward W. Ciolko, Mark K. Gyandoh and James A. Maro since October 2007.

4. Joseph H. Meltzer and Edward W. Ciolko are partners at Schiffrin Barroway Topaz & Kessler, LLP at Radnor, PA, and Mark K. Gyandoh and James A. Maro are associates at

that firm.

5. I have found Joseph H. Meltzer, Edward W. Ciolko, Mark K. Gyandoh and James A. Maro to be skilled attorneys and persons of integrity. They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

6. Attached hereto as Exhibit A are certificates of good standing for Joseph H. Meltzer, Edward W. Ciolko, Mark K. Gyandoh and James A. Maro, each certificate bearing the raised seal of the Supreme Court of the state in which they are admitted.

7. Accordingly, I am pleased to move the admissions of Joseph H. Meltzer, Edward W. Ciolko, Mark K. Gyandoh and James A. Maro *pro hac vice.*

8. I respectfully submit a proposed order granting the admission of Joseph H. Meltzer, Edward W. Ciolko, Mark K. Gyandoh and James A. Maro, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Joseph H. Meltzer, Edward W. Ciolko, Mark K. Gyandoh and James A. Maro, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

MILO SILBERSTEIN
Dealy & Silberstein, LLP
225 Broadway
Suite 1405
New York, NY 10007

Co-counsel for Plaintiff

Dated: April 10, 2008
New York, New York

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **EDWARD W CIOLKO** (No. **005462002**) was constituted and appointed an Attorney at Law of New Jersey on **September 13, 2002** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **24TH** day of **March**, 20 **08**

*Clerk of the Supreme Court*

-453a-



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Joseph Howard Meltzer, Esq.*

DATE OF ADMISSION

*November 6, 1997*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 18, 2008

Patricia A. Johnson
Chief Clerk



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Mark K. Gyandoh, Esq.

#### DATE OF ADMISSION

#### March 15, 2002

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 18, 2008

Patricia A. Johnson
Chief Clerk



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*James Arthur Maro, Jr., Esq.*

**DATE OF ADMISSION**

*November 20, 2000*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: March 25, 2008

Patricia A. Johnson
Chief Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., THE BEAR STEARNS COMPANIES INC EXECUTIVE COMMITTEE, JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MMOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>Defendants | Civ. No. 08-02804-VM<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the Motion of Milo Silberstein, attorney for Aaron Howard, and proposed class counsel for the putative class, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Joseph H. Meltzer, Edward W. Ciolko, Mark K. Gyandoh and James A. Maro, of Schiffrin Barroway Topaz & Kessler, LLP, 280 King of Prussia Road, Radnor, PA 19087, (610) 667-7706 / (610) 667-7056 are admitted to practice *pro hac vice* as counsel for Aaron Howard, and proposed class counsel for the putative class, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____

_____
United States District/Magistrate Judge