Form 07 - CORPORATION

**DEALY & SILBERSTEIN LLP**
ATTN:
U.S. SOUTHERN DIST. COURT    NEW YORK   COUNTY
-----------------------------------------------------

AARON HOWARD, INDIV. AND ON BEHALF OF    plaintiff
ALL OTHERS SIMILARLY SITUATED
                - against -

THE BEAR STEARNS COMPANIES, INC.,    defendant
ETAL
-----------------------------------------------------

Index No. 08 CV 2804
Date Filed ............
Office No.
Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:

**RUDOLPH WRIGHT**    being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **19th** day of **March, 2008** at **01:17 PM.,** at
   320 PARK AVE
   NEW YORK, NY 10179

I served a true copy of the
   SUMMONS AND COMPLAINT
   JURY DEMAND

upon **THE BEAR STEARNS COMPANIES, INC.**
**a domestic corporation, the DEFENDANT** therein named by delivering to, and leaving personally with
       **DAVID PETERCSAK,    VICE PRESIDENT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
      SEX: **MALE**        COLOR: **WHITE**       HAIR: **BROWN**
      APP. AGE: **43**     APP. HT: **5:7**       APP. WT: **170**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
21st  day of March,      2008ni
JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

.................................
RUDOLPH WRIGHT  1022795
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7DS13118126