```
Form 02 - SUITABLE AGE          AETNA CENTRAL JUDICIAL SERVICES
         DEALY & SILBERSTEIN LLP
         ATTN:
U.S. SOUTHERN DIST. COURT     NEW YORK COUNTY
------------------------------------------------------
                                              Index No. 08 CV 2804
AARON HOWARD, INDIV. AND ON BEHALF OF    plaintiff
ALL OTHERS SIMILARLY SITUATED                 Date Filed  ...........
               - against -
                                              Office No.
THE BEAR STEARNS COMPANIES, INC.,        defendant
ETAL                                          Court Date:    /  /
------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
RUDOLPH WRIGHT     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
19th day of March, 2008   01:17 PM                at
     %BEAR STEARNS 320 PARK AVE
     NEW YORK, NY 10179
I served the   SUMMONS AND COMPLAINT
               JURY DEMAND
upon ALAN C GREENBERG
 the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     DAVID PETERCSAK,  VICE PRESIDENT & CO-WORKER
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE      COLOR: WHITE      HAIR: BROWN     AGE: 43   HEIGHT: 5:7   WEIGHT: 170
OTHER IDENTIFYING FEATURES:
On 03/21/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
21st  day of  March,         2008ni
                                              ..../s/ Rudolph Wright/........
JOEL GOLUB                                    RUDOLPH WRIGHT 1022795
Notary Public, State of New York              AETNA CENTRAL JUDICIAL SERVICES
   No.01G04751136                             225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY                    NEW YORK, NY, 10007
Commission Expires 12/31/2009                 Reference No: 7DS13118130
```