```
Form 05 - SUITABLE WITH MAILING
         DEALY & SILBERSTEIN LLP
         ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK    COUNTY
-----------------------------------------------
```

|  |  |
|---|---|
| AARON HOWARD, INDIV.AND ON BEHALF OF      plaintiff<br>ALL OTHERS SIMILARLY SITUATED<br>            - against -<br><br>THE BEAR STEARNS COMPANIES, INC.,       defendant<br>ETAL | Index No. 08 CV 2804<br><br>Date Filed ............<br><br>Office No.<br><br>Court Date:   /  / |

```
     STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
RUDOLPH WRIGHT       being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
19th day of March, 2008   01:17 PM            at
     %BEAR STEARNS, 320 PARK AVE
     NEW YORK, NY 10179
I served the    SUMMONS AND COMPLAINT
                JURY DEMAND
upon SAMUEL L.MOLINARO, JR
the DEFENDANT   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     DAVID PETERCSAK,   VICE PRESIDENT & CO-WORKER
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE      COLOR: WHITE     HAIR: BROWN      AGE: 43   HEIGHT: 5:7   WEIGHT: 170
OTHER IDENTIFYING FEATURES:


On 03/21/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address.

That address being actual place of employment of the
DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.




Sworn to before me this
21st   day of March,         2008ni
JOEL GOLUB
Notary Public, State of New York         RUDOLPH WRIGHT   1022795
    No.01G04751136                       AETNA  CENTRAL   JUDICIAL   SERVICES
Qualified in NASSAU COUNTY               225 BROADWAY, SUITE 1802
Commission Expires 12/31/2009            NEW YORK, NY, 10007
                                         Reference No: 7DS13118131
```