Jill L. Goldberg, Esq.
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
(212) 756-2000

*Attorneys for Defendant Alan C. Greenberg*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HOWARD, individually and on behalf of all others similarly situated,<br><br>                                          Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES, INC., THE BEAR STEARNS COMPANIES INC. EXECUTIVE COMMITTEE, JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN DOES 1-10,<br><br>                                          Defendants. | No.: 1:08-cv-02804 (RWS)<br><br>**NOTICE OF APPEARANCE** |

10655181.1

**PLEASE TAKE NOTICE** that the law firm of Schulte Roth & Zabel LLP, 919 Third Avenue, New York, New York 10022, hereby appears as counsel for defendant Alan C. Greenberg, in this action. Copies of all future pleadings, papers and communications should be served on the undersigned at the address listed below.

Dated: New York, New York
April 30, 2008

SCHULTE ROTH & ZABEL LLP

By: *[signature]*
Jill L. Goldberg

jill.goldberg@srz.com
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Fax: (212) 593-5955
*Attorneys for Defendant Alan C. Greenberg*

10655181.1