UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTSIDE HOLDINGS INC., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>Defendants. | No. 08 Civ. 2793 (RWS) |
| AARON HOWARD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>Defendants. | No. 08 Civ. 2804 (RWS) |
| ESTELLE WEBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>Defendants. | No. 08 Civ. 2870 (RWS) |
| RAZILL C. BECHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>Defendants. | No. 08 Civ. 2866 (RWS) |

| | |
|---|---|
| ANTHONY PISANO, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>         v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.,*<br><br>         Defendants. | No. 08 Civ. 3006 (RWS) |
| GREEK ORTHODOX ARCHDIOCESE FOUNDATION, by and through GEORGE KERITSIS, TRUSTEE, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>         v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.,*<br><br>         Defendants. | No. 08 Civ. 3013 (RWS) |
| HANS MENOS, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>         v.<br><br>THE BEAR STEARNS COMPANIES INC., et al.,<br><br>         Defendants. | No. 08 Civ. 3035 (RWS) |
| IRA GERWIRTZ, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>         v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.,*<br><br>         Defendants. | No. 08 Civ. 3089 (RWS) |

| | |
|---|---|
| DREW V. LOUNSBURY, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.,*<br><br>                  Defendants. | No. 08 Civ. 3326 (RWS) |
| SHELDEN GREENBERG, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.,*<br><br>                  Defendants. | No. 08 Civ. 3334 (RWS) |
| SCOTT WETTERSTEN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.,*<br><br>                  Defendants. | No. 08 Civ. 3351 (RWS) |
| RITA RUSIN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.,*<br><br>                  Defendants. | No. 08 Civ. 3441 (RWS) |
| LAWRENCE FINK, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.,*<br><br>                  Defendants. | No. 08 Civ. 3602 (RWS) |

## <u>NOTICE OF APPEARANCE</u>

Please take notice that the undersigned, of the law firm Kramer Levin Naftalis & Frankel LLP, is hereby entering an appearance as counsel of record for defendant James E. Cayne in the above-captioned actions.

Dated: May 8, 2008
New York, New York

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: ___/s/ Jeremy R. Saks_____
      Jeremy R. Saks, Esq.

1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000
E-mail: jsaks@kramerlevin.com

*Attorneys for James E. Cayne*