UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| AARON HOWARD,<br>Individually and On Behalf of All Others<br>Similarly Situated | : | **ELECTRONICALLY FILED** |
| | : | 08 CV 2804 (RWS) |
| Plaintiff, | : | |
| - against - | : | **NOTICE OF APPEARANCE** |
| | : | |
| THE BEAR STEARNS COMPANIES, INC.,<br>et al., | : | |
| | : | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Please take notice that the undersigned, of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for Alan D. Schwartz.

Dated:    New York, New York
          May 12, 2008

/s/ Susan L. Saltzstein
Susan L. Saltzstein
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
(Susan.Saltzstein@skadden.com)
Four Times Square
New York, New York 10036
(212) 735-3000

Attorneys for Defendant
  Alan D. Schwartz

CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on May 12, 2008, I caused a true copy of the

- *Notices of Appearance*

to be served upon the following party as indicated:

By First-Class Mail

Thomas G. Ciarlone, Jr.
Shalov Stone Boner & Rocco LLP
485 Seventh Avenue, Suite 1000
New York, NY 10018

Dated: New York, New York
       May 12, 2008

Steven Ray Katzenstein