UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HOWARD, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>          Defendants. | No. 08 Civ. 2804 (RWS) |
| ANTHONY PISANO, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>          Defendants. | No. 08 Civ. 3006 (RWS) |
| HANS MENOS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>          Defendants. | No. 08 Civ. 3035 (RWS) |
| IRA GEWIRTZ, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>          Defendants. | No. 08 Civ. 3089 (RWS) |
| DREW V. LOUNSBURY, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>          Defendants. | No. 08 Civ. 3326 (RWS) |

| | |
|---|---|
| SHELDEN GREENBERG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>    Defendants. | No. 08 Civ. 3334 (RWS) |
| SCOTT WETTERSTEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>    Defendants. | No. 08 Civ. 3351 (RWS) |
| RITA RUSIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>    Defendants. | No. 08 Civ. 3441 (RWS) |

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT OF DEFENDANT THE BEAR STEARNS COMPANIES INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned counsel of record for defendant The Bear Stearns Companies Inc. hereby state that on May 30, 2008, a wholly-owned subsidiary of JPMorgan Chase & Co. merged with and into The Bear Stearns Companies Inc. ("Bear Stearns"), with Bear Stearns continuing as the surviving corporation and a subsidiary of JPMorgan Chase & Co.  JPMorgan Chase & Co. is a publicly held corporation with no corporate parent.  No publicly traded corporation owns 10% or more of its stock.

Dated: June 13, 2008
New York, New York

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: /s/ Brad S. Karp
            Brad S. Karp

        1285 Avenue of the Americas
        New York, New York  10019-6064
        Tel.   (212) 373-3000
        Fax    (212) 757-3980
        Email  bkarp@paulweiss.com

        Paul J. Ondrasik, Jr.
        STEPTOE & JOHNSON LLP
        1330 Connecticut Avenue, NW
        Washington, DC  20036
        Tel.   (202) 429-8088
        Fax    (202) 429-3902

        *Attorneys for Defendant The Bear Stearns Companies Inc.*