**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW E. JANES, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN and JANE DOES 1-10,<br><br>Defendants. | **Civil Action: 08-CV-5489** |

[*additional captions follow*]

**PLAINTIFF ANDREW E. JANES' MEMORANDUM IN SUPPORT OF PLAINTIFFS AARON HOWARD AND SHELDEN GREENBERG'S MOTION TO CONSOLIDATE ERISA CASES, APPOINT INTERIM LEAD PLAINTIFFS AND INTERIM CO-LEAD COUNSEL, FOR ENTRY OF PRETRIAL ORDER NO. 1, AND IN OPPOSITION TO THE WEBER PLAINTIFFS' MOTION FOR CONSOLIDATION AND <u>APPOINTMENT OF INTERIM COUNSEL FOR THE CLASS</u>**

| | |
|---|---|
| AARON HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE BEAR STEARNS COMPANIES INC., THE BEAR STEANS COMPANIES INC. EXECUTIVE COMMITTEE, JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>　　　　　　　Defendants. | **Civil Action: 08-CV-2804 (RWS)** |
| ESTELLE WEBER, Individually And On Behalf Of Bear Stearns Companies Inc. Employee Stock Ownership Plan, And All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>THE BEAR STEARNS COMPANIES INC., CUSTODIAL TRUST COMPANY, JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>　　　　　　　Defendants. | **Civil Action: 08-CV-2870 (RWS)** |

| | |
|---|---|
| ANTHONY PISANO, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>    Defendants. | **Civil Action: 08-CV-3006 (RWS)** |
| HANS MENOS, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>    Defendants. | **Civil Action: 08-CV-3035 (RWS)** |
| IRA GEWIRTZ, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>    Defendants. | **Civil Action:  08-CV-3089 (RWS)** |

| | |
|---|---|
| DREW V. LOUNSBURY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC. JAMES E. CAYNE; ALAN C. GREENBERG; ALAN D. SCHWARTZ; PAUL A. NOVELLY; FRANK T. NICKELL; FREDERIC V. SALERNO; VINCENT TESE; and JOHN AND JANE DOES 1-10,<br><br>Defendants. | **Civil Action: 08-CV-03326 (RWS)** |
| SHELDEN GREENBERG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC. JAMES E. CAYNE; ALAN C. GREENBERG; JEFFREY MAYER; SAMUEL L. MOLINARO, JR., ALAN D. SCHWARTZ; WARREN J. SPECTOR; and JOHN AND JANE DOES 1-10,<br><br>Defendants. | **Civil Action: 08-CV-3334(RWS)** |

| | |
|---|---|
| SCOTT WETTERSTEIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>               v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN GREENBERG, and JOHN AND JANE DOES 1-10,<br><br>             Defendants. | **Civil Action: 08-CV-03351 (RWS)** |
| RITA RUSIN, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>               v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>             Defendants. | Civil Action: 08-CV-3441 (RWS) |
| LAWRENCE FINK, individually and on behalf of all others similarly situated,<br><br>             Plaintiff,<br><br>               v.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN AND JANE DOES 1-20,<br><br>             Defendants. | Civil Action: 08-CV-3602 (UA) |

## I. INTRODUCTION

Counsel for Plaintiff Andrew E. Janes ("Plaintiff Janes"), Gainey & McKenna ("G&M"), respectfully submits its support for the appointment of Keller Rohrback L.L.P. ("KR") and Schiffrin Barroway Topaz & Kessler, LLP ("SBTK"), as Co-Lead Counsel in this litigation.

## II. BACKGROUND

KR and SBTK filed the Aaron Howard v. The Bear Stearns Companies, Inc., et al., No. 08-CV-2804 (RWS) (S.D.N.Y.) complaint on March 13, 2008, and the Shelden Greenberg v. The Bear Stearns Companies, Inc., et al., No. 08-CV-03334 (RWS) (S.D.N.Y.) complaint on April 3, 2008. Plaintiffs Aaron Howard and Shelden Greenberg (collectively, the "Howard Plaintiffs") filed these actions against the fiduciaries of the The Bear Stearns Companies Inc. Employee Stock Ownership Plan, established and sponsored by The Bear Stearns Companies Inc. ("Bear Stearns" or the "Company") for its employees.

On April 8, 2008, the Howard Plaintiffs sought an Order consolidating the above-captioned ERISA[1] actions because they are based on substantially the same facts and contain similar causes of action against overlapping defendants. Additionally, the Howard Plaintiffs requested that they be appointed Interim Lead Plaintiffs; that KR and SBTK be appointed Interim Co-Lead Counsel; and that the Court enter the Howard Plaintiffs' proposed pre-trial Order. On June 18, 2008, Plaintiff Janes filed his complaint in this action.

## III. DISCUSSION

---

[1] Employee Retirement Income Securities Act of 1974.

G&M is familiar with the experience and expertise of KR and SBTK in ERISA class action litigation based on its own work in the field.  KR serves or has served as lead counsel in numerous similar ERISA class actions, including several in this district itself: In re WorldCom, Inc. ERISA Litigation, No. 02-4816 (S.D.N.Y.) (J. Cote); In re Global Crossing ERISA Litigation, No. 02-7453 (S.D.N.Y.) (J. Lynch); In re Polaroid ERISA Litigation, No. 03-8335 (S.D.N.Y.) (J. Pauley); and In re Marsh ERISA Litigation, No. 04-cv- 8157 (S.D.N.Y) (J. Kram), and is widely regarded as a national leader in cases of this type.

Likewise, SBTK has substantial experience and success in this area of law. SBTK has been named lead or co-lead counsel in dozens of analogous actions across the country and within this district, including: In re AOL ERISA Litig., 02-CV-8853 (S.D.N.Y. 2007); In re Citigroup Litig., No. 03-CV-2932 (S.D.N.Y. Nov. 15, 2006); In re Global Crossing Sec. & ERISA Litig., 225 F.R.D. 436 (S.D.N.Y. 2004); In re Bristol-Myers Squibb Co. ERISA Litig., No. 02-CV-10129 (LAP) (S.D.N.Y. 2005); Koch v. Loral Space & Commc'ns Ltd., 03-CV-9729 (S.D.N.Y. Dec. 8, 2003); Wilson v. Federal Home Loan Mortgage Corp., MDL Docket No. 1584, No. 04-CV-2632 (JES) (S.D.N.Y. Apr. 7, 2004); In re Polaroid ERISA Litig., 362 F. Supp. 2d 461 (S.D.N.Y. 2005).

Accordingly, counsel for Plaintiff Janes, G&M, believes that KR and SBTK are best able to represent the interests of the class in this case as suggested by the *Manual for Complex Litigation* (4th ed. 2006) and codified in FED. R. CIV. P. 23(g).

## IV.   CONCLUSION

For the foregoing reasons, counsel for Plaintiff Janes, G&M, supports the appointment of KR and SBTK as Co-Lead Counsel in this large-scale complex ERISA class action.

Dated: July 9, 2008

>Respectfully submitted,
>
>**GAINEY & McKENNA**
>
>By: ____/s/_____
>     Thomas J. McKenna
>295 Madison Avenue
>New York, NY 10017
>Tel: (212) 983-1300
>Fax: (212) 983-0383
>Email: tjmckenna@gaineyandmckenna.com
>
>***Attorneys for Andrew E. Janes***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW E. JANES, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE BEAR STEARNS COMPANIES, INC., JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG, and JOHN and JANE DOES 1-10,<br><br>Defendants. | Civil Action: 08-CV-5489 |

## CERTIFICATE OF SERVICE

**GAINEY & McKENNA**
Thomas J. McKenna
295 Madison Avenue
New York, NY 10017
Tel: (212) 983-1300
Fax: (212) 983-0383
Email: tjmckenna@gaineyandmckenna.com

*Attorneys for Andrew E. Janes*

| | |
|---|---|
| AARON HOWARD, Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., THE BEAR STEANS COMPANIES INC. EXECUTIVE COMMITTEE, JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>     Defendants. | **Civil Action: 08-CV-2804 (VM)** |
| ESTELLE WEBER, Individually And On Behalf Of Bear Stearns Companies Inc. Employee Stock Ownership Plan, And All Others Similarly Situated,<br><br>     Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., CUSTODIAL TRUST COMPANY, JAMES E. CAYNE, ALAN D. SCHWARTZ, WARREN SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>     Defendants. | **Civil Action: 08-CV-2870 (VM)** |

| | |
|---|---|
| ANTHONY PISANO, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>    Defendants. | **Civil Action: 08-CV-3006 (UA)** |
| HANS MENOS, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>    Defendants. | **Civil Action: 08-CV-3035 (UA)** |
| IRA GERWITZ, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN SPECTOR, SAMUEL L. MOLINARO, JR., ALAN C. GREENBERG and JOHN DOES 1-10,<br><br>    Defendants. | **Civil Action:  08-CV-3089 (UA)** |

| | |
|---|---|
| SHELDEN GREENBERG, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES CAYNE, ALAN C. GREENBERG, JEFFREY MAYER, SAMUEL L. MOLINARO, JR., ALAN D. SCHWARTZ, WARREN J. SPECTOR, and JOHN and JANE DOES 1-10<br><br>    Defendants. | **Civil Action: 08-CV-03334 (UA)** |
| DREW V. LOUNSBURY, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES E. CAYNE, ALAN C. GREENBERG, ALAN D. SCHWARTZ, PAUL A. NOVELLY, FRANK T. NICKELL, FREDERIC V. SALERNO, VINCENT TESE and JOHN DOES 1-10,<br><br>    Defendants. | **Civil Action: 08-CV-3326(RWS)** |

| | |
|---|---|
| SCOTT WETTERSTEIN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., JAMES CAYNE, ALAN D. SCHWARTZ, WARREN J. SPECTOR, SAMUEL L. MOLINARO, JR., ALAN GREENBERG, and JOHN AND JANE DOES 1-10,<br><br>Defendants. | Civil Action: 08-CV-03351 (UA) |

I, Noemi Escarment, hereby certify that on July 11, 2008, I caused a true and correct copy of the following document to be served U.S. First Class Mail on the parties identified on the attached service list:

Plaintiff Andrew E. Janes Memorandum In Support Of Plaintiffs Aaron Howard And Shelden Greenberg's Motion To Consolidate ERISA Cases, Appoint Interim Lead Plaintiffs And Interim Co-Lead Counsel, For Entry Of Pretrial Order No. 1, And In Opposition To The Weber Plaintiffs' Motion For Consolidation And Appointment Of Interim Counsel For The Class

Dated: July 11, 2008

_____/s/_____
Noemi Escarment

## SERVICE LIST

Brad Scott Karp, Esq.
Lewis R. Clayton, Esq.
Douglas M. Pravda, Esq.
**PAUL WEISS RIFKIN WHARTON
    & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990

*Counsel for Defendant The Bear Stearns
Companies Inc., The Bear Stearns
Companies Inc., Executive Committee,
and Custodial Trust Company*

Jules Brody, Esq.
Edwin J. Mills, Esq.
**STULL STULL & BRODY**
6 East 45th Street
New York, New York 10017
Tel: (212) 687-7230
Fax: (212) 490-2022

*Counsel for Plaintiff Drew V. Lounsbury*

Ralph M. Stone, Esq.
James P. Bonner, Esq.
Thomas G. Ciarlone, Jr., Esq.
**SHALOV STONE BONNER
    & ROCCO LLP**
485 Seventh Avenue, Suite 1000
New York, New York 10018
Tel: (212) 239-4340
Fax: (212) 239-4310

*Counsel for Plaintiff Scott Wettersten*

Milo Silberstein, Esq.
William J. Dealy, Esq.
**DEALY & SILBERSTEIN, LLP**
225 Broadway, Suite 1405
New York. NY 10007
Tel: (212) 385-0066
Fax: (212) 385-2117

*Counsel for Plaintiffs Aaron Howard and
Shelden Greenberg*

Jeffrey H. Squire, Esq.
**BRAGAR WEXLER & EAGEL, PC**
885 Third Avenue, Suite 3040
New York, NY 10022
Tel: (212) 308-5858
Fax: (212) 486-0462

*Counsel for Plaintiff Hans Menos*

Paul J. Ondrasik, Jr., Esq.
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington DC 20036
Tel: (202) 429-8088
Fax: (202) 429-3902

*Counsel for Defendant The Bear Stearns
Companies Inc., The Bear  Stearns
Companies Inc., Executive Committee,
and Custodial Trust Company*

Steven J. Greenfogel, Esq.
**MEREDITH COHEN GREENPOGEL & SKIRNICK, P.C.**
1521 Locust Street, 8th Floor
Philadelphia, PA 19107
Tel: (215) 564-5182
Fax: (215) 569-0958

*Counsel for Plaintiffs Anthony Pisano, Ira Gewirtz, and Rita Rusin*

Joseph H. Meltzer, Esq.
Edward W. Ciolko, Esq.
Mark K. Gyandoh, Esq.
Joseph A. Weeden, Esq.
**SCHIPFRIN BARROWAY TOPAZ & KESSLER, LLP**
280 Radnor Avenue
Philadelphia, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for Plaintiff Aaron Howard*

Gary S. Graifman, Esq.
Michael L. Braunstein, Esq.
Reginald H. Rutishauser, Esq.
**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
Tel: (845) 356-2570
Fax: (845) 356-4335

*Counsel for Plaintiff Drew V. Lounsbury*

Dennis J. Johnson, Esq.
Jacob B. Perkinson, Esq.
James F. Conway, III, Esq.
Eben F. Duval, Esq.
**JOHNSON & PERKINSON**
1690 Williston road
P.O. Box 2305
South Burlington, VT 05043
Tel: (802) 862-0030

Robert A. Skirnick, Esq.
**MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.**
One Liberty Plaza, 35th Floor
New York, NY 10006
Tel: (212) 240-0020
Fax: (212) 240-0021

*Counsel for Plaintiff Anthony Pisano, Ira Gewirtz, and Rita Rusin*

Steve W. Berman, Esq.
Andrew M. Volk, Esq.
**HAGENS BERMAN SOBOL SHAPIRO, LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA 98121
Tel: (206) 623-7292
Fax: (206) 623-0594

*Counsel for Plaintiffs Anthony Pisano, Ira Gewirtz, and Rita Rusin*

Ronald Richman, Esq.
Alan Gliclman, Esq.
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2000
Fax: (212) 593-5955

*Counsel for Defendant Alan Greenberg*

Lynn L. Sarlto, Esq.
Derek W. Loeser, Esq.
**KELLER ROHRBACK L.L.P**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384

Fax: (802) 862-0060

*Counsel for Plaintiff Scott Wettersten*

Jay Kasner, Esq.
**SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP**
4 Times Square
New York, New York 10036
Tel:(212) 735-3000
Fax: (212) 735-2000

*Counsel for Defendant Alan Schwartz*

Steven Molo, Esq.
**SHEARMAN & STERLING**
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

*Counsel for Defendant Jeffrey Mayer*

Lawrence D. Pedowitz, Esq.
David B. Anders, Esq.
**WACHTELL, LIPTON,
   ROSEN & KATZ**
51 West 52nd Street
New York, New York 10019
Tel: (212) 403-1000
Fax: (212) 403-2000

*Counsel for Defendant Warren Spector*

*Counsel for Plaintiff Shelden Greenberg*

Barry H. Berke, Esq.
David S. Frankel, Esq.
**KRAMER LEVIN NAPTALIS
   & FRANKEL LLP**
1177 Avenue of the Americas
New York, New York 10036
Tel: (212) 715-9100
Fax: (212) 715-8000

*Counsel for Defendant James Cayne*

Michael Chepiga, Esq.
**SIMPSON THACHER &
   BARTLETT LLP**
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

*Counsel for Defendant Samuel Molinaro*

I. Stephen Rabin, Esq.
Joseph V. McBride, Esq.
**RABIN & PECKEL LLP**
275 Madison Avenue, Suite 420
New York, NY 10016
Tel: (212) 880-3722
Fax: (212) 880-3716

*Counsel for Plaintiff Hans Menos*